IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOMINIC J SANSALONE | § | CASE NO. 10-15291-PHX-GBN |
| PATRICIA J SANSALONE | § | CHAPTER 13 |
| | § | |
| | § | JUDGE GEORGE B. NIELSEN |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**BAC Home Loans Servicing LP**
**7105 Corporate Drive**
**Plano, Texas 75024**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 4100-N-9305
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for BAC Home Loans Servicing LP

# CERTIFICATE OF SERVICE

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 21, 2010:

**Debtors' Attorney**
Joseph W. Charles
Law Offices Of Joseph W. Charles, P.c.
PO BOX 1737
GLENDALE, AZ  85311-1737

**Chapter 13 Trustee**
Edward J. Maney
Post Office Box 10434
Phoenix, Arizona 85064-0434

**U.S. Trustee**
Office of the US Trustee
2301 N 1st Ave Ste 204
Phoenix, Arizona 85003

                                                    /s/ Hilary B. Bonial

                                                    Hilary B. Bonial

4100-N-9305
noaelect