**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| DOMINIC J. SANSALONE and PATRICIA J. SANSALONE, | Case No. 2:10-bk-15291-GBN |
| Debtors. | **NOTICE OF LODGING** |

**NOTICE IS HEREBY GIVEN** that JOSEPH W. CHARLES, P.C., attorneys for the Debtors, DOMINIC J. SANSALONE and PATRICIA J. SANSALONE, have on this date, lodged with the Honorable George B. Nielsen, Jr., the proposed Order in the above-captioned matter.

**RESPECTFULLY SUBMITTED** this 7th day of July, 2010.

                          **JOSEPH W. CHARLES, P.C.**

                          BY:    /s/ Joseph W. Charles
                                  Joseph W. Charles
                                  5704 W. Palmaire Avenue
                                  Post Office Box 1737
                                  Glendale, Arizona 85311-1737
                                  Attorneys for Debtors

| | |
|---|---|
| 1 | The foregoing was electronically |
| 2 | filed with the Clerk of the Court and a COPY of same was mailed |
| 3 | this 7th day of July, 2010 to: |
| 4 | All parties listed on the mailing matrix |
| 5 | |
| 6 | |
| 7 | /s/ S. Watkins |