```
 1  RONALD L. HOFFBAUER, 006888
    P.O. BOX 10434
 2  PHOENIX, AZ 85064
    (602) 277-3776 x205
 3
    Attorney for Edward J. Maney,
 4      Chapter 13 Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:10-bk-15291 GBN |
| DOMINIC J. SANSALONE, SSN: XXX-XX-9533 | Chapter 13 |
| PATRICIA J. SANSALONE, SSN: XXX-XX-4695 | TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT ON SCHEDULE C |
| Debtors. | |

Comes now Edward J. Maney, the standing Chapter 13 Trustee assigned to administer this case (hereafter "Trustee"), by and through counsel undersigned, and pursuant to Bankruptcy Rule 4003(b) objects to the claimed exemptions shown on Schedule C:

Property:                           1996 Cadillac Fleetwood Sedan
Exemption Law:                      A.R.S. §33-1125(8)
Value Exempt:                       $6,050.00

As grounds for objection, the Trustee states that:

> A.R.S. §33-1125(8) provides that each Debtor may claim an exemption for one motor vehicle not in excess of a fair market value of $5,000.00. Nothing in the statute allows a debtor to split the exemptions. The Debtors are also claiming an exemption for a 1996 Dodge Ram 1500 Pickup in the amount of $3,145.00. Therefore, the Trustee objects to the entire claim of exemption.

Wherefore, the Trustee requests that an Order be entered denying the Debtor's claim of exemptions as set forth above for the reasons set forth herein.

Dated as set forth on the electronic signature affixed hereto.

                                                  _____
                                                  Ronald L. Hoffbauer
                                                  Attorney for Edward J. Maney, Trustee

A copy of the foregoing mailed on
the 19th day of July, 2010 to:

Joseph W. Charles, Esq.
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

and a copy hand delivered to:

U.S. Trustee
7th Floor
2929 N. Central Avenue
Phoenix, AZ


by____/s/   Ronald L. Hoffbauer_____

c:\ron\pleadings\sansaloneobjtoexempt