RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax:(602)277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                              )
                                    )    No. 2:10-bk-15291 GBN
DOMINIC J. SANSALONE,                )         Chapter 13
SSN: XXX-XX-9533                    )
PATRICIA J. SANSALONE,               )    NOTICE OF OBJECTION TO
SSN: XXX-XX-4695                    )    TO CLAIMED EXEMPTIONS
                                    )
            Debtors.                )
_____)

To the Debtors' Attorney of Record:

   The Trustee has filed an objection to exemptions claimed by the Debtor.

   **The Debtor's rights may be affected**. If you do not want the Court to sustain the Trustee's objection to the claimed exemptions and disallow them or if you want the Court to consider your views on the Trustee's objection, then on or before August 10, 2010, you must file with the Court an Amended Schedule C or a written response requesting a hearing on the Trustee's objection.

| **LOCATION:** | **MAILING ADDRESS:** |
| (To File in Person) | (To File by Mail) |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| 230 N. First Avenue, Suite 101 | 230 N. First Avenue, Suite 101 |
| Phoenix, AZ 85003-1706 | Phoenix, AZ 85003-1706 |

   If you mail your response, it must be filed with the Court on or before the date stated above.

You must also mail a copy to the Trustee at:

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, AZ 85064

If you do not take these steps, the court may decide that you do not oppose the Trustee's objection and may enter an Order that sustains the Trustee's objection and disallows those exemptions to which the Trustee has objected.

Dated as set forth on the electronic signature affixed hereto.

                                       _____
                                       Ronald L. Hoffbauer
                                       Staff Attorney for Edward J. Maney

The original filed and a copy of
the foregoing mailed on the 19th
day of July, 2010:

Joseph W. Charles, Esq.
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

and a copy hand delivered to:

U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003-1706


by___ /s/ Ronald L. Hoffbauer_____
c:\ron\pleadings\sansalonentcobjtoexempt