Jeremy T. Bergstrom, Esq.
Attorney Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-92856

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re, | BK No.: 2:10-BK-15291-GBN |
| DOMINIC J SANSALONE AND PATRICIA J SANSALONE, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Jeremy T. Bergstrom, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: October 19, 2010      By: /s/ Jeremy T. Bergstrom, Esq.
                                  Jeremy T. Bergstrom, Esq.
                                  Attorney for Secured Creditor

1

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on  October 20, 2010 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Joseph W. Charles
P. O. Box 1737
Glendale AZ  85311

<u>CHAPTER 7 TRUSTEE</u>:
Jill H. Ford
P.O. Box 5845
Carefree, AZ  85377

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michael L. Dobbs, Jr.
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(10-92856/rfsnlv.dot/mld)**