| | |
|---|---|
| PERRY & SHAPIRO, L.L.P.<br>3300 N. Central Avenue, #2200<br>Phoenix, Arizona 85012<br>(602) 222-5711<br>(602) 222-5701 Facsimile<br>(847) 627-8802 Facsimile<br>AZNotices@logs.com, e-mail<br>Christopher R. Perry, Bar #009801<br>Jason P. Sherman, Bar #019999<br>Attorney for PHH Mortgage Corporation<br>[FILE 10-003643 PHH] | Dated: November 22, 2010<br><br>_/s/ George B. Nielsen_<br>**GEORGE B. NIELSEN, JR**<br>U.S. Bankruptcy Judge |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DOMINIC J. AND PATRICIA J. SANSALONE,<br><br>      Debtor.<br><br>PHH Mortgage Corporation, its assignees and / or successors in interest,<br>      Movant,<br>v.<br><br>DOMINIC J. AND PATRICIA J. SANSALONE, Debtor, and Chapter 7 Trustee Jill H. Ford,<br>      Respondents. | Case # 2:10-bk-15291-GBN<br><br>Chapter 7 Proceedings<br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>10533 West Meade Drive<br>Sun City, AZ 85351 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by PHH Mortgage Corporation, ("PHH"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. PHH, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 10533 West Meade Drive, Sun City, AZ 85351 and legally described as:

> LOT 461, SUN CITY UNIT 30, A SUBDIVISION RECORDED IN BOOK 129 OF MAPS, PAGE 48, RECORDS OF MARICOPA COUNTY, ARIZONA

2. PHH may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, PHH may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against PHH shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
George B. Nielsen, Jr.
U. S. Bankruptcy Court Judge