Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 10-92856

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| DOMINIC J SANSALONE AND PATRICIA J SANSALONE, | Case No.: 2:10-bk-15291-GBN |
| Debtors | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Movant, | |
| vs. | |
| DOMINIC J SANSALONE AND PATRICIA J SANSALONE, Debtor; JILL H. FORD, Trustee, | |
| Respondents. | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO:     DEBTORS:     Dominic J. Sansalone and Patricia J. Sansalone
        ATTORNEY FOR DEBTORS:     Joseph W. Charles
        TRUSTEE:     Jill H. Ford
        ALL PARTIES OF INTEREST

NOTICE IS HEREBY GIVEN that BAC HOME LOANS SERVICING, LP FKA

COUNTRYWIDE HOME LOANS SERVICING, LP has filed a Motion for Relief from the

1

Automatic Stay. The motion seeks to lift the automatic stay so that Secured Creditor may proceed to foreclose upon the residence of the Debtor located at **160 Cascade Drive, Henderson, NV 89074**.

FURTHER NOTICE IS GIVEN that pursuant to Local Rule 4001, if no written objection is filed with the United States Bankruptcy Court, 230 North First Avenue, Phoenix, AZ 85003, and a copy served on attorneys for Movant whose address is:

>MILES, BAUER, BERGSTROM & WINTERS, LLP
>Jeremy T. Bergstrom, Esq.
>2200 Paseo Verde Pkwy., Suite 250
>Henderson, NV 89052

WITHIN FOURTEEN (14) DAYS of the date on which this notice is mailed, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP'S Motion for Relief from the Automatic Stay may be granted without further hearing.

RESPECTFULLY SUBMITTED on      December 1, 2010      .

                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:    December 1, 2010         By:   /s/ Jeremy T. Bergstrom, Esq.
                                         Jeremy T. Bergstrom, Esq.
                                         Attorney for Secured Creditor

**10-92856/aznom.dot/mld**

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on __December 1, 2010__, a copy of Secured Creditor's **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM THE AUTOMATIC STAY; SUPPLEMENTAL DECLARATION OF MARVIN TERCERO;** and **FORM OF ORDER** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
Dominic J. Sansalone
Patricia J. Sansalone
10533 West Meade Drive
Sun City, AZ  85351

ATTORNEY FOR DEBTOR:
Joseph W. Charles
P. O. Box 1737
Glendale AZ  85311

CHAPTER 7 TRUSTEE:
Jill H. Ford
P.O. Box 5845
Carefree, AZ  85377

NOTICE ONLY
JUNIOR LIENHOLDER:
BAC HOME LOAN SERVICING                             (VIA CERTIFIED MAIL)
Attn: Officer or Agent
P. O. Box 10219
Van Nuys, CA 91410

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                          /s/ Michael L. Dobbs, Jr.
                                          An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**10-92856/aznom.dot/mld**