**ORDERED ACCORDINGLY.**



1    Jeremy T. Bergstrom, Esq.
     Arizona Bar No. 6904              **Dated: December 21, 2010**

2    MILES, BAUER, BERGSTROM & WINTERS, LLP
     2200 Paseo Verde Pkwy., Suite 250

3    Henderson, NV  89052
     (702) 369-5960 / FAX (702) 369-4955

4    File No. 10-92856                              **GEORGE B. NIELSEN, JR**
                                                    **U.S. Bankruptcy Judge**

5    Attorneys for Secured Creditor,
     BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,

6    LP

7                         UNITED STATES BANKRUPTCY COURT
                           FOR THE DISTRICT OF ARIZONA

8
     In re:                                    Chapter 7
9
     DOMINIC J SANSALONE AND PATRICIA          Case No.: 2:10-bk-15291-GBN
10   J SANSALONE,

11              Debtors

12   BAC HOME LOANS SERVICING, LP FKA
     COUNTRYWIDE HOME LOANS

13   SERVICING, LP,

14              Movant,

15              vs.

16   DOMINIC J SANSALONE AND PATRICIA
     J SANSALONE, Debtor; JILL H. FORD,

17   Trustee,

18              Respondents.

19            <u>**ORDER TERMINATING THE AUTOMATIC STAY**</u>

20          The Motion for Relief having been properly served, with no opposition filed herein, this

21   Court makes its Order as follows:

22          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

23   the above-entitled Bankruptcy case is extinguished for all purposes as to Secured Creditor, BAC

24   HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,

1

its assignees and/or successors in interest with respect to the subject Property generally

described as **160 Cascade Drive, Henderson, NV 89074** ("Property" herein) and legally

described as follows:

> LOT 79 IN BLOCK 2 OF WINDHAM HILL ESTATES UNIT NO. 3, AS
> SHOWN BY MAP THEREOF ON FILE IN BOOK 38 OF PLATS, PAGE 22 IN
> THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
> NEVADA

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be

binding in any conversion of the subject bankruptcy proceeding.

IT IS SO ORDERED this _____ day of _____, 2010.


_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: ___December 16, 2010___     By: ___/s/ Jeremy T. Bergstrom, Esq._____
                                        Jeremy T. Bergstrom, Esq.
                                        Attorney for Secured Creditor

**10-92856/azord.dot/mld**